

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2018

No. 04-17-00595-CR

Christopher M. **HARBER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5166
Honorable Ron Rangel, Judge Presiding

# O R D E R

On January 26, 2018, appellant's counsel filed an *Anders* brief and a motion to withdraw. On February 1, 2018, the State filed a letter waiving its right to file an appellee's brief; however, the State indicated that if appellant filed a pro se brief it would like the opportunity to file a brief in response. On April 4, 2018, appellant filed a pro se brief. In his pro se brief, appellant, who is incarcerated, asked the clerk of this court to provide the State a copy of his brief. The clerk of this court is ORDERED to send an electronic copy of appellant's pro se brief to the State. Any response to appellant's pro se brief is due on **May 7, 2018**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court